No. 91–7053.   WHITLOCK *v.* O'LEARY, ASSISTANT DEPUTY DIRECTOR, ADULT INSTITUTIONS, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 91–7056.   BATTENFIELD *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 91–7058.   CUNNINGHAM *v.* WOODMAN ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 91–7060.   CLARKE *v.* CLARKE COUNTY, GEORGIA, ET AL. C. A. 11th Cir.   Certiorari denied.

No. 91–7062.   SALIM *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 91–7063.   N. S. *v.* EL PASO COUNTY, COLORADO, DEPARTMENT OF SOCIAL SERVICES, ET AL.   Ct. App. Colo.   Certiorari denied.

No. 91–7065.   HARRIS *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 91–7066.   HOLMAN *v.* O'LEARY, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 91–7070.   GONZALEZ-CALAS *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 91–7071.   DILL, AKA TUCKER *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 91–7074.   BOUDETTE ET AL. *v.* COUNTY OF YAVAPAI ET AL. C. A. 9th Cir.   Certiorari denied.

No. 91–7075.   RUIZ *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 91–7079.   RITCHERSON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 91–7083.   MOORE, AKA SAVAGE *v.* FLORIDA.   Sup. Ct. Fla. Certiorari denied.